AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-cr-292 |
| | ) Assigned To: Colleen Kollar-Kotelly |
| BILLY HARVEY | ) Assign. Date: 11/3/2023 |
| | ) Description: ISUPERSEDING NDICTMENT (B) |
| | ) Case Related to 23-cr-292 (CKK) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

**To:** Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **BILLY HARVEY**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☒ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. §§ 1201(a)(1) and 2 - Kidnapping and Aiding and Abetting;
Count 2: 18 U.S.C. §§ 1201(a)(1) and 2 - Kidnapping and Aiding and Abetting;
Count 3: 18 U.S.C. §§ 2119(1) and 2 - Carjacking and Aiding and Abetting;
Count 5: 18 U.S.C. § 924(c)(1)(A)(ii) - Using, Carrying, and Possessing, and Brandishing a Firearm in Furtherance of a Crime of Violence; and
Count 7: 22 D.C. Code § 4503(a)(1) - Unlawful Possession of a Firearm (Prior Conviction).

Date: 11/03/2023

Zia M. Faruqui
2023.11.03
17:06:52 -04'00'

*Issuing officer's signature*

City and state: WASHINGTON, DC

ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/09/23, and the person was arrested on *(date)* 11/09/23
at *(city and state)* Washington D.C.

Date: 11/09/23

*Arresting officer's signature*

Kenneth Keh DUSM
*Printed name and title*